NOTE.—The following opinions of November Term, 1901, were inadvertently omitted from their proper place in Volume XVIII.—REP.

ALEXANDER P. BALDWIN et al., respondents,

*v.*

MABEL C. TUCKER et al., appellants.

[Filed March 3d, 1902.]

PER CURIAM. .

The decree appealed from is affirmed, for the reasons given in the court of chancery by Vice-Chancellor Emery, whose opinion is reported in *16 Dick. Ch. Rep. 412.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, PITNEY, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM—13.

*For reversal*—None.